**Order entered October 31, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-01287-CV

---

## IN RE PHYSICIANS AND ALLIED HEALTH PROFESSIONALS GROUP, P.A. F/K/A MEDICAL EDGE HEALTHCARE GROUP, Relator

---

**Original Proceeding from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-15001-J**

---

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.


/s/      DAVID L. BRIDGES
        JUSTICE